UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STRUCTURAL 21 LLC, a Washington Limited Liability Company, UBI No. 603184935, Contractor License No. STRUC2L887DL and WESCO INSURANCE COMPANY, Bond No. 36-WB020115, <br><br> Defendants. | NO. C15-1831-JPD <br><br> ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE |

This matter comes before the Court upon the September 18, 2017 Stipulated Motion for Dismissal with Prejudice of plaintiffs and defendant Wesco Insurance Company, the only remaining defendant in this action. Dkt. 28.[1] On September 18, 2017, the parties advised the Court that they have resolved their claims. Dkt. 27. Accordingly, the parties' stipulated motion for dismissal, Dkt. 28, is GRANTED, and plaintiffs' claims against Wesco Insurance Company are dismissed with prejudice and without costs or attorney fees to any party.

---

[1] On July 26, 2016, plaintiffs were awarded default judgment against defendant Structural 21 LLC. Dkt. 23.

ORDER - 1

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 29th day of September, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2